UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 18-10124-IT |
| ) | |
| LUIS CINTRON, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

Pursuant to 21 U.S.C. § 851, the United States files this Information giving notice that at the sentencing of the defendant, Luis Cintron, the United States will seek increased punishment by reason of the following criminal conviction:

Suffolk County, Suffolk Superior Court, Docket No. 0210460001;
Offense: Trafficking in a Controlled Substance (Cocaine), in violation
of M.G.L. c. 94C, § 32E(b); Conviction Date: March 1, 2004.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

Date: June 22, 2018

## CERTIFICATE OF SERVICE

Suffolk, ss:                                          June 22, 2018

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Robert E. Richardson
ROBERT E. RICHARDSON