UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:18-cr-10124-IT |
| ) | |
| LUIS CINTRON, ) | |
|     Defendant. ) | |
| ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF PLEA**

The Defendant, Luis Cintron, hereby notifies this Court, pursuant to Fed. R. Crim. P. 11(d)(1), that he withdraws his guilty pleas in the above case. Although the Defendant completed the waiver of rights colloquy on April 24, 2019, the Court deferred acceptance of the plea until sentencing.[1] See *Id*. (Withdrawing a Guilty or Nolo Contendere Plea. A defendant may withdraw a plea of guilty or nolo contendere: (1) before the court accepts the plea, for any reason or no reason…). Counsel therefore requests that the Court cancel the July 24 sentencing[2], and set a status date sometime in June or July.

                                                                    Respectfully Submitted
                                                                    Defendant Luis Cintron
                                                                    By his attorney,

Dated: 6/7/2019                                  /s/ Michael Tumposky
                                                                    Michael Tumposky
                                                                    BBO No. 660618
                                                                    Hedges & Tumposky, LLP
                                                                    50 Congress Street, Suite 600
                                                                    Boston, MA 02109
                                                                    T)617/722-8220
                                                                    F)617/507-8116

---

[1] Although the clerk's notes indicate that the Court accepted the plea, defense counsel and the prosecutor believe that the Court did not. If necessary, counsel can order a transcript of the hearing.
[2] The Defendant, having decided on this course of action, refused the PSR.

**CERTIFICATE OF SERVICE**

      I, Michael Tumposky, hereby certify that on this 10th day of June, 2019, I served one true and correct copy of the foregoing, where unable to do so electronically, on all record of counsel in this matter.

                                                /s/ Michael Tumposky
                                                Michael Tumposky